UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES CARTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:04CV663 TIA |
| ) | |
| STEVEN MOORE, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of James Carter for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is denied.

Dated this 15th day of August, 2007.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE